IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ABRAHAM MALONE, Reg. No. 08386-003, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:18-CV-261-ALB ) |
| WARDEN WALTER WOODS, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on November 14, 2019. (Doc. 38). There being no timely objection filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of Plaintiff to comply with the orders of the court and to prosecute this action.

A Final Judgment will be entered separately.

**DONE** and **ORDERED** this 14th day of February 2020.

　　　　　　　　　　　　　　　/s/ Andrew L. Brasher
　　　　　　　　　　　　　　　ANDREW L. BRASHER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE